IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BEVERLY RUTH HARE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 20-00304-KD-MU |
| ) | |
| WAL-MART STORES EAST LP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action is before the Court on notice of settlement from United States Magistrate Judge P. Bradley Murray. This action was set for a settlement conference on July 12, 2021. However, the parties notified Judge Murray that the action had settled but additional time was necessary to finalize the settlement agreement.

Accordingly, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement agreement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 12th day of July 2021.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**